1  HARVEY T. ELAM (SBN 114796)
   KYLE LAW CORPORATION
2  465 California Street, 5th Floor
   San Francisco, CA  94104
3  Telephone:     (415) 839-8100
   Facsimile:      (415) 839-8189
4  Email:  helam@kylelawcorp.com

5  Attorneys for Defendants
   Mercury Air Group, Inc.
6

NOTE CHANGES MADE BY THE COURT

JS-6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10  EMERSON SEBASTIAN FLORES, an
    individual,
11
                   Plaintiff,
12  v.

13  QATAR AIRWAYS Q.C.S.C., a business of
    unknown form; MERCURY AIR GROUP,
14  INC., a business entity of unknown form and
    DOES 1 TO 50,
15
                   Defendants.
16

Case No. 2:21-cv-07864-RGK-GJS

**ORDER RE DISMISSAL WITH
PREJUDICE OF DEFENDANT
QATAR AIRWAYS Q.C.S.C. AND
REMAND TO THE LOS ANGELES
SUPERIOR COURT [~~PROPOSED~~]**

17

18      The Court, having reviewed the Stipulation Re Dismissal With Prejudice of Defendant Qatar

19  Airways Q.C.S.C. and Remand to the Los Angeles Superior Court between plaintiff Emerson

20  Sebastian Flores and defendants Mercury Air Group, Inc. and Qatar Airways Q.C.S.C., by their

21  attorneys of record.

22      IT IS HEREBY ORDERED:

23      Defendant Qatar Airways Q.C.S.C. is dismissed with prejudice, pursuant to Federal Rule of

24  Civil Procedure 41. As between Plaintiff and Defendant Qatar Airways Q.C.S.C. the parties shall

25  bear their own fees and costs of suit.

26      Central District of California case number 2:21-cv-07864-**RGK**-GJS styled

27  Emerson  Sebastian Flores vs. Qatar Airways, Q.C.S.C., Mercury Air Group, Inc., et al. and

28  DOES 1 to 50

Kyle
Law
Corporation

1       is hereby
inclusive ~~be~~ remanded to Los Angeles Superior Court.

2       IT IS SO ORDERED.

3   Dated:    December 29, 2021

                                       R. Gary Klausner
UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Kyle Law Corporation** 27

28

-2-